PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 3:10CR00135
DOCKET NUMBER (Rec. Court): 4:24-cr-00352-JST

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Douglas Roth
41635 Paseo Padre Parkway
Fremont, California 94539

FILED
Jun 25 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT:** Nevada
**DIVISION:** U.S. Probation Office

**NAME OF SENTENCING JUDGE:** Robert C. Jones

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 1/25/2024
TO: Lifetime

**OFFENSE**
18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Douglas resides in Northern District of California and plans to remain there for the duration of his supervision.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 24, 2024
Date

_[signed]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/25/2024
Effective Date

_Haywood S. Gill, Jr._
United States District Judge

1